# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2670

_____

| | | |
|---|---|---|
| Rufino A. Tony Villarreal, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Lorin Galvin, individually, Douglas | * | |
| County Nebraska, a Political | * | [UNPUBLISHED] |
| subdivision of the State of Nebraska; | * | |
| Anderson & Bressman Law Firm, | * | |
| P.C.L.L.O.; Susan Anderson, | * | |
| Individually; Xuan Tran, Individually; | * | |
| William B. Woodruff, Individually; | * | |
| William B. Woodruff, P.C., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  September 25, 2009
Filed:  October 5, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Rufino Villarreal challenges the district court's[1] dismissal of his second amended complaint. After careful de novo review, *see Riehm v. Engelking*, 538 F.3d 952, 964 (8th Cir. 2008) (standard of review), we conclude the district court correctly dismissed the case without prejudice. *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 283-84, 287 n.2, 292 n.8 (2005) (*Rooker-Feldman* doctrine recognizes federal district courts lack jurisdiction to hear federal non-habeas actions "brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments"); *Younger v. Harris*, 401 U.S. 37, 43-45 (1971) (recognizing longstanding public policy against federal court interference with state court proceedings).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.